**Fill in this information to identify your case:**

Debtor 1    Lawanna J Young
        First Name       Middle Name       Last Name

Debtor 2    _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known)    21-12467

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ *[signature]*         ✗ _____

Signature of Debtor 1                Signature of Debtor 2

Date 03 / 04 / 2023             Date _____
     MM / DD / YYYY                MM / DD / YYYY

**Dropbox Sign**

Audit trail

| | |
|---|---|
| Title | Unsigned Declaration - Young, L |
| File name | Unsigned Declaration - Young, L.pdf |
| Document ID | 7e6adb45570260d533367b1097ddedee6f7aab66 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT**
**03 / 04 / 2023**
01:44:15 UTC
Sent for signature to Lawanna J Young (townselbj73@gmail.com) from david@cutlerltd.com
IP: 207.229.136.72

**VIEWED**
**03 / 05 / 2023**
00:52:05 UTC
Viewed by Lawanna J Young (townselbj73@gmail.com)
IP: 73.22.140.248

**SIGNED**
**03 / 05 / 2023**
00:52:44 UTC
Signed by Lawanna J Young (townselbj73@gmail.com)
IP: 73.22.140.248

**COMPLETED**
**03 / 05 / 2023**
00:52:44 UTC
The document has been completed.

Powered by Dropbox Sign